UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | §  ECF CASE |
| v. | § |
| | § Case No. S3 09 Cr. 581 (WHP) |
| PAUL M. DAUGERDAS, | § |
| DONNA GUERIN, | § **AFFIDAVIT OF DAVID PARSE** |
| DENIS FIELD, and | § |
| DAVID PARSE, | § |
| | § |
| Defendants. | § |

STATE OF NEW YORK    )
                                          ss.:
COUNTY OF NEW YORK  )

DAVID PARSE, being duly sworn, deposes and says:

1. My name is David Parse, and I am a defendant in the above-captioned case.

2. During jury selection (or shortly thereafter), I heard one of the lawyers at the Brune firm (I believe it was Theresa Trzaskoma) say that there was a prospective juror (or a juror) who had the same name as a suspended attorney but that it was not the same person. I cannot recall if the lawyer was speaking to me or if I overheard her speaking to someone else.

3. A week after the verdict, I met with the Brune lawyers to discuss possible post-trial motions and appellate issues. The possibility of a juror misconduct issue was not raised.

4. It was not until after the Brune firm filed its motion for a new trial that I learned that prior to jury deliberations the issue of Conrad being a suspended lawyer had resurfaced. More precisely, to the best of my memory, it was after the July 15, 2011 conference call that I learned (i) that on May 12, 2011, Ms. Trzaskoma had considered the possibility that Juror No. 1

3689133.1

was the suspended lawyer, (ii) that a paralegal had generated a Westlaw report, and (iii) that the Brune lawyers had concluded that Conrad was not the suspended attorney and determined that there was no need to inform the Court.

_____
David Parse

Sworn to before me this
3rd day of August, 2012

_____
Notary Public

```
OFFICIAL SEAL
WILLIAM B KAVANAUGH
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/14/12
```