```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/20/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

    -against-

PAUL M. DAUGERDAS, *et al.*,
                              Defendants,
-------------------------------------------------------X

09 CR 581 (WHP)

ORDER

WILLIAM H. PAULEY III, United States District Judge:

    Brune & Richard LLP's motion to withdraw as counsel of record to defendant David Parse is granted. The Clerk of the Court is directed to terminate the motion pending at ECF No. 550.

Dated: September 20, 2012
       New York, New York

                             SO ORDERED:

                             WILLIAM H. PAULEY III,
                             U.S.D.J.

*All Counsel of Record.*