

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

July 31, 2015

**VIA ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

    Re: **United States v. David Parse**
       **S6 09 Cr. 581 (LTS)**

Dear Judge Swain:

  The United States respectfully submits this letter motion requesting that Your Honor set an initial pre-trial conference in the above-referenced case, which was recently re-assigned to Your Honor (from Judge Pauley), following a decision of the Second Circuit Court of Appeals finding that the defendant is entitled to a new trial.

  After speaking with Your Honor's law clerk and counsel for the defendant, Barry Berke, Esq., we respectfully request that the conference be set for the week of September 7 or later in the week of September 14 (mindful of the Jewish holy days on September 14 and 15).  We also request an exclusion of time under the Speedy Trial Act until that initial conference, which we submit is justified based on the continued designation of the case as "complex".  The Government and defense counsel are in agreement that time should be excluded.

        Respectfully submitted,

        PREET BHARARA
        United States Attorney

          /s/
        Stanley J. Okula, Jr.
        Assistant U.S. Attorney
        Tel.:  (212) 637-1585

cc: Barry Berke, Esq.