## LAW OFFICES OF JAMES R. DeVITA, PLLC

81 MAIN STREET, SUITE 504
WHITE PLAINS, NEW YORK 10601-1719

(914) 328-5000
FAX (914) 946-5906
E-Mail: jdevita@jamesrdevitalaw.com

NEW YORK CITY OFFICE:
217 BROADWAY, SUITE 707
NEW YORK, NY 10007
(212) 619-3730

October 4, 2018

**BY ECF**
Honorable William H. Pauley, III
United States District Judge for the
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007



Re: *United States v. Daugerdas (Eleanor Daugerdas)*, 9 Cr. 581

Dear Judge Pauley:

    As Your Honor may recall, at our July 25, 2018 status conference in this case, Your Honor scheduled another status conference for October 12, 2018, to permit the government to file a proposed amended preliminary order of forfeiture, and the petitioners to file an amended petition. I am writing to request a brief adjournment of that status conference.

    The government has since filed the proposed amended preliminary order of forfeiture, and Your Honor signed it. The parties agree that, based on the applicable rules and the service of notice of the amended order, the time by which the amended petition is due is now October 17, 2018. I have discussed this with Assistant United States Attorney Adams, and we both agree that it would make sense to adjourn the next status conference until after the amended petition is filed. We have also conferred regarding mutually convenient dates to propose to Your Honor, in the hope that one of those dates would be convenient to the Court as well. I will be unavailable during the week of October 22 because my wife is scheduled for back surgery that week. Mr. Adams and I are both available on Tuesday, October 30 or Wednesday, October 31. In addition, Mr. Adams is available on Friday, November 2; I have a hearing on an alleged violation of supervised release before Judge Engelmayer at 10 a.m. that morning, but could be available any time that day after the hearing. If those dates are not convenient for the Court, I am available any day the week of November 5, 2018 except Tuesday, November 6, when I have a sentencing before Judge Karas in White Plains.

Hon. William H. Pauley, III                          -2-                          October 4, 2018

      I respectfully request that Your Honor adjourn the conference to a date and time mutually convenient to the Court and the parties.

Respectfully submitted,

*James R. DeVita*

James R. DeVita

cc: Assistant United States Attorney Andrew Adams (by ecf)

---

Application granted.  The status conference is adjourned to November 7, 2018 at 5:00 p.m.

SO ORDERED:

_____     10/9/18
WILLIAM H. PAULEY III
U.S.D.J.