UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| -against- | : | 09 Cr. 581 (WHP) |
| PAUL M. DAUGERDAS, et. al., | : | <u>SCHEDULING ORDER</u> |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                                                                                                         :

ELEANOR DAUGERDAS,
                                                                                                                                        :

                       Petitioner.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, United States District Judge:

        The parties having appeared for a pre-motion conference on April 8, 2021, this Court sets the following schedule:

    (1)    Petitioner shall file her motion for sanctions by April 30, 2021.

    (2)    The government's opposition is due by May 14, 2021.

    (3)    Petitioner's reply is due May 21, 2021.

    (4)    The parties shall appear for telephonic oral argment on June 3, 2021 at 2:30 p.m.

            The dial-in number is (888) 363-4749 and the access code is 3070580.

Dated: April 8, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

1